Argued July 24, affirmed July 24, 1973

STATE OF OREGON, *Respondent, v.*
JOHN EDMONDS McALPINE
(No. C 72-08-2694 Cr),
*Appellant.*
511 P2d 1271

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John H. Clough, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.